■ In the Matter of LUCIA MARTE, Appellant, v MARIANO BIONDO, Respondent. [983 NYS2d 819]—

In a family offense proceeding pursuant to Family Court Act article 8, the petitioner appeals from an order of the Family Court, Queens County (Jolly, J.), dated June 27, 2013, which, after a fact-finding hearing, dismissed her petition.

Ordered that the order is affirmed, without costs or disbursements.

A family offense must be established by a fair preponderance of the evidence (*see* Family Ct Act § 832; *Matter of Pearlman v Pearlman*, 78 AD3d 711, 712 [2010]). "The determination of whether a family offense was committed is a factual issue to be resolved by the [trial] [c]ourt, and that court's determination regarding the credibility of witnesses is entitled to great weight on appeal and will not be disturbed if supported by the record" (*Matter of Richardson v Richardson*, 80 AD3d 32, 43-44 [2010]; *see Matter of King v Edwards*, 92 AD3d 783, 784 [2012]). Here, contrary to the appellant's contention, the Family Court properly determined that the evidence adduced at the fact-finding hearing was insufficient to establish that the respondent committed the family offense of harassment in the second degree (*see* Penal Law § 240.26; *Matter of Mamantov v Mamantov*, 86 AD3d 540 [2011]; *Matter of Cavanaugh v Madden*, 298 AD2d 390 [2002]).

The appellant's remaining contention is without merit.

Accordingly, the Family Court properly dismissed the petition. Dickerson, J.P., Hall, Roman and Cohen, JJ., concur.